IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESEONTEZ SHARKEY, #294340, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:18-CV-1009-WHA |
| ) | |
| CAPTAIN SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 22, 2019, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 11th day of February, 2019.

      /s/ W. Harold Abritton
SENIOR UNITED STATES DISTRICT JUDGE